UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TODD ANTHONY STRAKER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:04-CV-2488-BBM |
| v. | ) | |
| | ) | |
| BIG LOTS STORES, INC. and | ) | |
| RICHARD WIRSBINKSI, | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Todd Anthony Straker and Defendant Big Lots Stores, Inc. (incorrectly named as "Big Lotts Store, Inc."), pursuant to FED. R. CIV. P. 41, hereby file this Consent Order of Dismissal with Prejudice.

The Parties have resolved all claims in the above-captioned matter as to all named Defendants and stipulate to the dismissal of this action in its entirety, with prejudice. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this ___ day of _____, 2005.

_____
The Honorable Beverly B. Martin
United States District Judge

Respectfully submitted this 2nd day of December, 2005.

/s/ Crystal M. James
Crystal M. James
Georgia Bar No. 515292
Crystal James & Associates, LLC
8451 South Cherokee Boulevard
Suite F
Douglasville, Georgia  30134
Telephone:      770-489-9898
Facsimile:      770-489-5602

/s/ Gregory L. Smith, Jr.  w/ express
permission
Stephen X. Munger
Georgia Bar No. 529611
Gregory L. Smith, Jr.
Georgia Bar No. 658369
JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, Georgia  30303-1226
Telephone:      404-525-8200
Facsimile:      404-525-1173

Counsel for Plaintiff
TODD ANTHONY STRAKER

Counsel for Defendant
BIG LOTS STORES, INC.

- 2 -